In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12616

_____

RICHARD BURT,

Plaintiff-Appellant,

versus

PRESIDENT OF UNIVERSITY OF FLORIDA,
DAVID E. RICHARDSON,
MARY WATT,
SIDNEY DOBRIN,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:22-cv-00075-MW-HTC

_____

Before WILLIAM PRYOR, CHIEF JUDGE, JORDAN, ROSENBAUM, JILL
PRYOR, NEWSOM, BRANCH, GRANT, LUCK, LAGOA, BRASHER, ABUDU,
and KIDD, Circuit Judges.

2                        Order of the Court                        23-12616

BY THE COURT:

A petition for rehearing having been filed and a member of this Court in active service having requested a poll on whether this appeal should be reheard by the Court sitting en banc, and a majority of the judges in active service on this Court having voted in favor of granting rehearing en banc, IT IS ORDERED that this appeal will be reheard en banc. The panel's opinion is VACATED.